# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ELIZABETH REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | **CASE NO. 5:14-CV-156-D** |
| ) | |
| Defendant. ) | |

**Decision by the Court.**

IT IS ORDERED AND ADJUDGED in accordance with the court's order entered on November 16, 2014, that the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 17, 2014**, AND A COPY MAILED TO:

Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)
Robert K. Crowe (via CM/ECF Notice of Electronic Filing)

November 17, 2014                         JULIE A. RICHARDS, Clerk
Date                                                   *Eastern District of North Carolina*

                                                              /s/ Susan W. Tripp
*New Bern, North Carolina*                  *(By) Deputy Clerk*