IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-156-D

ELIZABETH REED, )
)
        Plaintiff, )
) ORDER
v. )
)
CAROLYN W. COLVIN, )
  Acting Commissioner of )
  Social Security )
)
        Defendant. )
_____)

Upon review of the Plaintiff's request for a fee under the Equal Access to Justice Act in the amount of $ 2,432.50, an amount to which the Commissioner does not object, the request is approved.

The EAJA fees are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the federal government. If, subsequent to entry of this Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney fees to offset, the Commissioner may honor Plaintiff's signed assignment of EAJA fees.

This is a final judgment. The Clerk of Court shall enter judgment in accordance with Rules 58 and 79 of the Federal Rules of Civil Procedure and is directed to close the case.

It is so ORDERED this 18 day of March, 2015.

/s/ James C. Dever
JAMES C. DEVER III
Chief United States District Judge