UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ELizabeth REED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:14-CV-156-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request for a fee under the Equal Access to Justice Act in the amount of $2,432.50 is approved. If, subsequent to entry of this Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney fees to offset, the Commissioner may honor Plaintiff's signed assignment of EAJA fees. This is a final judgment. The clerk shall close the case.

**This Judgment Filed and Entered on March 18, 2015, and Copies To:**

| | |
|---|---|
| Jonathan Blair Biser | (via CM/ECF Notice of Electronic Fililng) |
| Robert K. Crowe | (via CM/ECF Notice of Electronic Filing) |

DATE:                                            JULIE RICHARDS JOHNSTON, CLERK

March 18, 2015                            (By) /s/ Courtney O'Brien

                                                           Deputy Clerk